IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JONATHAN BELL,<br><br>*Plaintiff*,<br><br>v.<br><br>GATOR METAL CORP.,<br><br>*Defendant*. | **CASE NO.: 4:22-CV-154** |

## COMPLAINT AND JURY REQUEST

**NOW COMES** the Plaintiff, Jonathan Bell ("Bell"), and complaining of the Defendant, Gator Metal Corp. ("Gator"), alleges the following to be true:

### INTRODUCTION

1    This action arises from Gator's failure to hire Bell in violation of the Americans with Disabilities Act of 1990, 42 U.S.C. §§ 12101 *et seq.*

2    Each paragraph of this Complaint incorporates all others, and all exhibits are incorporated as if fully laid out herein.

### PARTIES, JURISDICTION, AND VENUE

3    Bell is a resident of Vance County, North Carolina, and is neither a minor nor incompetent.

Gator is a domestic corporation with offices in Wake County, North Carolina, and a registered agent in Wilmington, North Carolina.

This Court has subject-matter jurisdiction over this action pursuant to any/all of the following:

5.1     28 U.S.C. § 1331, as the action arises out of 42 U.S.C. §§ 12101 *et seq.*

This Court has personal jurisdiction over all parties to this matter pursuant to any/all of the following:

6.1     Rule 4(k)(1)(A) of the Federal Rules of Civil Procedure, which requires the federal district courts to use the rules for personal jurisdiction of the state where the district court is located;

6.2     N.C. Gen. Stat. § 1-75.4(1)(c) and (d), as Gator was domestic corporation engaged in substantial business activity within this state at the time service of process was made upon it.

6.3     N.C. Gen. Stat. § 1-75.4(3), as this action arises from a local act or omission causing injury to Bell's person or property.

Venue is proper in this Court pursuant to any/all of the following:

7.1     28 U.S.C. § 1391(b)(1), as all Defendants are residents of North Carolina and at least one defendant is a resident of the Eastern District of North Carolina;

7.2     28 U.S.C. § 1391(b)(2), as a substantial part of the events or omissions giving rise to this action occurred in the Eastern District of North Carolina.

-2-

## STATEMENT OF THE FACTS

Bell has post-traumatic stress disorder ("PTSD"), which affects his major life activities of concentrating and thinking and substantially limits certain functions of the brain.

Bell has a trained and certified service dog to help him manage his PTSD.

Bell applied for a contract sales position going to customers' homes and selling them metal roofing products that he saw posted on Craigslist.

Bell has extensive sales experience from prior employment.

On September 24, 2021, Bell interviewed for the contract sales position at Gator's Raleigh location.

The interview went well and Gator's manager, Bob (last name unknown) and owner, James Thatch ("Thatch"), hired Bell.

During the interview, Bell told Bob and Thatch about his service dog, and they said they were fine with it.

During the interview, Bell left his service dog in the car with his girlfriend.

On September 27, 2021, Bell arrived for training with his service dog.

Thatch said, "We need to do something about the dog."

Bell explained that his car is specially equipped so that he can leave his dog in the car and it will be comfortable, and that he would not take it into customers' homes.

Thatch responded, "It's a dealbreaker."

Bell said he was not trying to make it a dealbreaker, but that it was against the law for Gator to discriminate against him because of his service dog.

At that point, Thatch threatened to call the police, so Bell left.

-3-

Gator has 15 or more employees.

Bell filed an EEOC Charge on February 3, 2022, alleging disability discrimination and retaliation.

The EEOC issued Bell a Notice of Right to Sue on September 16, 2022.

## FIRST CAUSE OF ACTION
### Disability Discrimination
*42 U.S.C. §§ 12101 et seq.*

Bell is a qualified individual with a disability.

Bell applied for a specific position.

Bell was qualified for the position.

Gator rejected Bell's application under circumstances that give rise to an inference of discrimination.

## SECOND CAUSE OF ACTION
### Failure to Accommodate Discrimination
*42 U.S.C. §§ 12101 et seq.*

Bell is a qualified individual with a disability.

Gator had notice of Bell's disability

With reasonable accommodations, Bell could perform the essential functions of the contract sales position.

Gator refused to make such accommodations.

## PRAYER FOR PUNITIVE DAMAGES

Defendant is liable for compensatory damages and at least one of the following factors was present and related to the conduct for which it is liable:

33.1     Malice;

**33.2**    An evil motive; and/or

**33.3**    Callous indifference to a federally protected right.

34    Officers, directors, and/or managers of Defendant participated in and/or condoned the conduct constituting the aggravating factor giving rise to punitive damages.

## REQUEST FOR JURY TRIAL

35    Plaintiff requests a trial by jury on all issues so triable.

**WHEREFORE,** the Plaintiff respectfully requests this Court that it:

1    Enter Judgment for Bell against Defendant on all causes of action contained herein;

2    Award Bell damages, including punitive damages, in an amount to be determined at trial;

3    Tax the costs of this action against Defendant and award Bell reasonable attorney fees as permitted by law, and;

4    Grant such other and further relief as the Court deems just and proper.

*Respectfully submitted on this, the 15th day of December 2022,*

/s/ WILSON FONG
*Attorney for the Plaintiff*
NC State Bar No. 50708
HENSEL LAW, PLLC
Post Office Box 39270
Greensboro, North Carolina 27438
Phone: (336) 218-6466
Fax: (336) 218-6467
will.fong@hensellaw.com

-5-

<strong>CERTIFICATE OF SERVICE</strong>

I hereby certify that on December 15, 2022, I electronically filed the foregoing Complaint and Request for Jury Trial with the Clerk of Court using the CM/ECF system, and will serve the following by Certified Mail, return receipt:

> Gator Metal Corp.
> c/o Wesley S. Jones, Esq.
> 1904 Eastwood Road, Ste 301
> Wilmington, NC 28403
> *Defendant*

> **/s/ WILSON FONG**
> *Attorney for the Plaintiff*
> NC State Bar No. 50708
> HENSEL LAW, PLLC
> Post Office Box 39270
> Greensboro, North Carolina 27438
> Phone: (336) 218-6466
> Fax: (336) 218-6467
> will.fong@hensellaw.com